**Exhibit A**

Table of Last-Observed Infringements by Defendants of Combat Zone Inc's Copyright in the Motion Picture "Seduced By Mommy #3," Copyright Reg. No. in process. Copyright Application Service Request No. 1-727698309 filed on 2012-02-20.

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.20.236.194 | 2012-03-12 19:51:57 -0400 | Verizon Internet Services | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |
| Doe 2 | 174.62.142.176 | 2012-01-31 19:32:08 -0500 | Comcast Cable | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |
| Doe 3 | 24.177.141.200 | 2012-02-06 17:19:40 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |
| Doe 4 | 24.34.208.94 | 2012-03-12 23:11:55 -0400 | Comcast Cable | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |
| Doe 5 | 24.60.183.246 | 2012-02-07 22:59:20 -0500 | Comcast Cable | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |
| Doe 6 | 24.60.235.173 | 2012-02-20 18:15:00 -0500 | Comcast Cable | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |
| Doe 7 | 24.61.50.59 | 2012-03-17 04:30:00 -0400 | Comcast Cable | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |
| Doe 8 | 66.30.10.71 | 2012-03-15 03:09:18 -0400 | Comcast Cable | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |
| Doe 9 | 68.118.238.151 | 2012-03-01 16:58:08 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |
| Doe 10 | 71.192.11.193 | 2012-03-20 22:49:42 -0400 | Comcast Cable | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |
| Doe 11 | 71.232.228.233 | 2012-02-15 07:15:57 -0500 | Comcast Cable | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |
| Doe 12 | 71.232.231.155 | 2012-02-06 03:14:03 -0500 | Comcast Cable | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |
| Doe 13 | 71.232.43.144 | 2012-02-02 23:52:14 -0500 | Comcast Cable | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |
| Doe 14 | 71.232.96.78 | 2012-03-09 00:12:25 -0500 | Comcast Cable | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |
| Doe 15 | 74.76.19.124 | 2012-02-29 23:19:23 -0500 | Road Runner | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |
| Doe 16 | 75.68.13.29 | 2012-02-04 15:58:39 -0500 | Comcast Cable | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |
| Doe 17 | 75.69.161.169 | 2012-02-19 15:45:31 -0500 | Comcast Cable | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |
| Doe 18 | 96.237.48.205 | 2012-02-16 21:10:26 -0500 | Verizon Internet Services | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |
| Doe 19 | 96.39.93.205 | 2012-02-02 23:08:09 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |
| Doe 20 | 98.118.45.131 | 2012-02-24 14:24:01 -0500 | Verizon Internet Services | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |
| Doe 21 | 98.217.48.119 | 2012-02-28 23:19:30 -0500 | Comcast Cable | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |
| Doe 22 | 98.229.12.216 | 2012-03-23 19:40:52 -0400 | Comcast Cable | BitTorrent | 1c09217f85df6b2596c5ae8b3fae4de48fe4d31d |